UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KATIE MURPHY,

    Plaintiff,

Case No.: 2:13-cv-00827-JES-UAM

v.

FIRST FEDERAL CREDIT
CONTROL, INC.,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, KATIE MURPHY, and Defendant, FIRST FEDERAL CREDIT

CONTROL, INC., by and through their undersigned counsel, and would represent to the Court

that this action has been resolved, and would request entry of an Order dismissing this matter

with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted this _____ day of December, 2013.

| | |
|---|---|
| Marcus W. Viles, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 0516971 | Florida Bar No. 110108 |
| Viles & Beckman, LLC | Urban, Thier, Federer & Chinnery, P.A. |
| 6350 Presidential Court | 200 S. Orange Avenue, Suite 2000 |
| Fort Myers, FL 33919-3570 | Orlando, FL 32801 |
| Telephone (239) 334-3933 | Telephone (407) 245-8352 |
| Facsimile (239) 334-7105 | Facsimile (407) 245-8361 |
| marcus@vilesandbeckman.com | kohlmyer@urbanthier.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |