UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KATIE MURPHY

        Plaintiff,

v.                                                  Case No: 2:13-cv-827-FtM-29UAM

FIRST FEDERAL CREDIT CONTROL, INC.,

        Defendant.
_____

**ORDER**

    This matter comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. #9) filed on December 10, 2013. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

    **DONE and ORDERED** at Fort Myers, Florida, this __10th__ day of December, 2013.

                                                   JOHN E. STEELE
                                               UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record